

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00308-CV

**IN THE INTEREST OF S.A.W., A CHILD**,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12167
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On September 1, 2016, appellant filed his appellant's brief. Appellant's brief violates Texas Rule of Appellate Procedure 9.9 in that the documents, particularly the order and reporter's record, contained in the appendix attached to the brief have not been redacted to protect the minor's identity. *See* Tex. R. App. P. 9.9 (indicating sensitive data, such as the name of any person who was a minor when the underlying suit was filed, may not be filed with the court and must be redacted).

We therefore **ORDER** that appellant's brief is **STRICKEN**. We further ORDER appellant to file an amended appellant's brief in compliance with TRAP 9.9 on or before **October 3, 2016**. Appellee's brief will be due thirty days after the amended appellant's brief is filed.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court